JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JOAQUIN LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPT., et al.,<br><br>Defendants. | Case No. 2:19-cv-02302-AB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action Without Prejudice for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 3/16/2020

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE